AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD A. THOUROT | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIV NO 08-00369 BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| UNITED STATES OF AMERICA;<br>BRODIE CRAWFORD | January 22, 2010<br>At 3 o'clock and 30 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED       that Judgment is entered in favor of Defendants United States of America and Brodie Crawford against Plaintiff Richard A. Thourot pursuant to the "Minute Order" filed and entered on August 26, 2009 and the "Order Granting Defendant's Motion for Summary Judgment; Order Denying Plaintiff's Counter-Motion and Supplemental Counter-Motion to Defendant's Motion for Summary Judgment " filed and entered on January 21, 2010.

| January 22, 2010 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by EPS |
| | (By) Deputy Clerk |